# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA

FILED
FEB 7 - 2017
IN COURT

In the matter of: )  Chapter **13**

**Pamela Ashley** ) Case No. **14-30039**

)
)
Debtor(s) )

I hereby withdraw **Modification After Confirmation**

The undersigned certifies that opposing counsel has been advised of this withdrawal.

_Luman Earle_
Attorney/Trustee

Dated: **2/7/17**

Revised 4/13/09

48